IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
|    *Plaintiff* | § | |
| v. | § | CIVIL ACTION NO. B-08-161 |
| | § | |
| 0.16 ACRES OF LAND, more or less, | § | |
| in CAMERON COUNTY, TEXAS; | § | RGV-FTB-1029 |
| MARIA DE LOS ANGELES PARTIDA, | § | |
| Et al., | § | |
|    *Defendants* | § | |

<u>PLAINTIFF'S UNOPPOSED MOTION FOR ORDER OF POSSESSION</u>

The property that is the subject of this action is owned by Maria De Los Angeles Partida. Paralegal Catherine Garza contacted her by telephone on July 8, 2008, and confirmed that she was not opposed to an order of immediate possession.

WHEREFORE, Plaintiff respectfully moves the Court to enter an order of immediate possession.

        Respectfully submitted,

        DONALD J. DeGABRIELLE, JR.
        United States Attorney

By:   /s/ *Charles Wendlandt*
        CHARLES WENDLANDT
        Assistant United States Attorney
        Southern District of Texas No. 12172
        Texas Bar No. 21171500
        800 N. Shoreline, Suite 500
        Corpus Christi, Texas 78401
        Telephone: (361) 888-3111
        Facsimile: (361) 888-3200
        E-mail: Chuck.Wendlandt@usdoj.gov

        Attorney-in-Charge for Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion will be mailed to Maria De Los Angeles Partida, 54 Calle Princesa, Brownsville, TX 78520, on July 9, 2008.

      /s/ *Charles Wendlandt*
      CHARLES WENDLANDT